**UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: THE HONORABLE DONALD C. POGUE, CHIEF JUDGE**

_____

| | |
|---|---|
| FINE FURNITURE (SHANGHAI) LIMITED, ET AL., | : |
| Plaintiffs, | : |
| v. | : |
| UNITED STATES, | : Consol. Ct. No. 11-00533 |
| Defendant, | : |
| - and - | : |
| THE COALITION FOR AMERICAN HARDWOOD PARITY, | : |
| Defendant-Intervenor. | : |

_____

**CONSOLIDATED PLAINTIFFS' COMMENTS IN SUPPORT OF THE DEPARTMENT'S FINAL RESULTS OF REDETERMINATION PURSUANT TO COURT ORDER**

On behalf of Consolidated Plaintiffs Baroque Timber Industries (Zhongshan) Co., Ltd., Riverside Plywood Corporation, Samling Elegant Living Trading (Labuan) Limited, Samling Global USA, Inc., Samling Riverside Co., Ltd., Suzhou Times Flooring Co., Ltd. (collectively "Samling"), and Shanghai Eswell Timber, Co. Ltd. ("Eswell Timber"), we hereby provide comments in support of the Department's Final Results of Redetermination Pursuant to Court Order ("Redetermination"), issued on November 1, 2012.  No party commented on the Department's draft remand issued prior to the Redetermination and the Redetermination satisfies the terms of the court's order dated August 31, 2012.  Samling and Eswell Timber, therefore, request that the Court affirm the Redetermination and issue a judgment dismissing this case.

Since the Court's decision affirming this Redetermination serves to clarify the collection of CVD duties under the MLWF order, Samling and Eswell Timber respectfully request that the Court expedite its issuance of a judgment in this case so that corrected deposit instructions can be issued to U.S. Customs and Border Protection.

>Respectfully submitted,
>
>/s/  Francis J. Sailer
>Francis J. Sailer
>Andrew T. Schutz
>Mark E. Pardo
>
>GRUNFELD DESIDERIO LEBOWITZ SILVERMAN & KLESTADT, LLP
>1201 New York Avenue, NW.
>Suite 650
>Washington, DC 20005
>
>*Counsel to Baroque Timber Industries (Zhongshan) Co., Ltd., Riverside Plywood Corporation, Samling Elegant Living Trading (Labuan) Limited, Samling Global USA, Inc., Samling Riverside Co., Ltd., Suzhou Times Flooring Co., Ltd., and Shanghai Eswell Timber, Co. Ltd.*

Dated:  November 13, 2012